B - 0 4 - 1 4 9

AO 243 (Rev. 5/85)

United States District Court
Southern District of Texas
FILED

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

AUG 1 9 2004

Michael N. Milby
Clerk of Court

(If movant has a sentence to be served in the future under a federal judgement which he wishes to attack, he should file a motion in the federal court which entered the judgement.)

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

### Explanation and Instructions – Read Carefully

(1)     This motion must be legibly handwritten or typewritten and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for   perjury.  All questions must be answered concisely in the proper space on the form.

(2)     Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need by furnished.  If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3)     Upon receipt, your motion will be filed if it is in proper order.  No fee is required with this motion.

(4)     If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed in forma pauperis, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs.  If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5)     Only judgements entered by one court may be challenged in a single motion.  If you seek to challenge judgements entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to such judgement.

(6)     Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgement of conviction.

(7)     When the motion is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is listed in the Court Directory in the Law Library.

(8)     Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

AO 243 (Rev. 5/85)

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

_United States District Court_          District _Southern District of Texas_

1:02 CR00563-51-02

Name of Movant _Adeline Anita Ordonez_     Prisoner No. _18189-179_   Case No.

UNITED STATES OF AMERICA                    V.

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgement of conviction under attack _United States District Court Southern District of Texas 600 E. Harrison ST. 78520-7114_

2. Date of judgement of conviction _9-24-2002_

3. Length of sentence _108 mo_

4. Name of offense involved (all counts) _Conspiracy to possess with intent to Distribute A Quantity Exceeding 50 Kilograms, that is Approximately 74.5 Kilograms of Marihuana (CTI)_

5. What was your plea? (Check one)

   (a)    Not guilty          □
   (b)    Guilty              ☑
   (c)    Nolo contender      □

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give detail:

   _N/A_

6. If you pleaded not guilty, what kind of trial did you have?  (Check one)

   (a)    Jury        □    N/A
   (b)    Judge only  □

7. Did you testify at the trial?

   Yes  □    No  ☑

8. Did you appeal from the judgment of conviction?

   Yes  □    No  ☑

2255 – Page 1

AO 243 (Rev. 5/85)

9.    If you did appeal, answer the following:

       (a)    Name of court _____

       (b)    Result _____

       (c)    Date of result _____

10.   Other than a direct appeal from the judgement of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgement in any federal court?

      Yes       ☐     No   ☑

11.   If your answer to 10 was "yes", give the following information:

       (a)    (1) Name of Court _____

              (2) Nature of proceeding _____

              _____

              (3) Grounds raised _____

              _____

              _____

              _____

              (4) Did you receive an evidentiary hearing on your petition, application or motion?

                   Yes      ☐     No   ☑

              (5) Result _____

              (6) Date of result _____

       (b)    As to any second petition, application or motion, give the same information:

              (1) Name of Court _____

              (2) Nature of proceeding _____

               _____

              (3) Grounds raised _____

               _____

              _____

              _____

              (4) Did you receive an evidentiary hearing on your petition, application or motion?

                   Yes      ☐     No   ☑

              (5) Result _____

               (6) Date of result _____

AO 243 (Rev. 5/85)

    (c)    Did you appeal to an appellate federal court having jurisdiction the result of action taken on any petition, application or motion?

        (1)  First petition, etc.    Yes   ☐    No   ☑

        (2)  Second petition, etc.    Yes   ☐    No   ☑

    (d)    If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12.    State concisely every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States.  Summarize briefly the facts supporting each ground.  If necessary, you may attach pages stating additional grounds and facts supporting same.

    **CAUTION:  If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.**  For your information, the following is a list of the most frequently raised grounds for relief in these proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you have other than those listed.  However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds.  If you select one or more of these grounds for relief, you must allege facts.  The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

    (a)    Conviction obtained by a plea of guilty which was unlawfully induced or not made voluntarily or with understating of the nature of the charge and the consequence of the plea.

## MEMORANDUM OF SUPPORT ON GROUNDS (1-4)

**Ground One;  Petitioner claims that her attorney never issued her a
Pre-Sentence Report/or Guidelines indicating which category she fell in.
Petitioner also claims that she received absolutely no paper work whatsoever
from her acting attorney.  This calls for ineffective counsel.   Her
attorney's name is John T. Blaylock; 2355 Barnard Rd; Brownsville, Texas
78520.  (956) 554-3733.**

**Ground Two:  Challenging Jurisdiction and/or Tolling**

Under the United States Constitution and Amendment**[s]** Petitioner has
inalienable right to challenge jurisdiction of the Court at any time stage
of the proceedings and the consent to, or waiver of jurisdiction cananot
confer subject matter jurisdiction on a Federal Court, nor can party ever
waiver its right to challenge the subject matter jurisdiction of the Court.
Or the venue jurisdiction of a Court of Admiralty/Maritime.  Petitioner
is not a Native American nor domiciled in District of Columbia thus, the
Court is deprived of jurisdiction over the person in this case at bar, with
the lack of jurisdiction over the person, place, and thing.  The Court is
deprived of any authority to prosecute Petitioner for something that she
did not do in essence, Petitioner is charged against the United States of
America, she did not interfere with interstate commerce, so why is she
being charged with a crime against the United States?

**Ground Three:  Title 21 is not a "Crime Against the United Sttes and is civil
in nature and therefore actionable in a Court of Law and Equity and not
as a criminal action.**

All crimes against the United States are so stated within the United
States Constitution and encapsulated within **Title 18.**  Enacted by Congress
as Law of Crimes and Punishments**[s]**--- **By the 108th Session of Congress
Title 21 had not/has not been enacted as Law  Against the United States and**

[1]

remains a set of rules/regulations that govern the Food and Drug Administra-
tion, a violation of these rules/regulations would be civil in nature under
Title 21, unless specifically in violation of Title 18 and actionable
under criminal prosecution, but this is not the case, the Title 21 Count[s]
on the indictiment alone make it solely a civil action, and actionable just
in a Court of Law and Equity, without the specific language of "Maritime
Nexus" a Court of Admiralty/Maritime is without jurisdiction to preside
over the civil actions even though, it is a Court of Claims. So as we can
see, there has been an erroneous error that needs to be resolved and correc:ed.
Ground Four:  Federal jurisdiction is not cotermineous with the Commerce
Clause and without stated "Nexus " fails to effect subject matter jurisdict:
ion over alleged crime that are within the sovereign jurisdiction of the
state[s].

Petitioner questions the jurisdictional aspect of her offense and
also questions her alleged part in the offense. Petitioner still claims
that she had nothing whatsoever to do with the offense for which she is
charged, and if she did, she states that her behavior is aberrant, and
she won't ever be placed in this position again. Petitioner wishes to
reunite with her family and children and put all of this behind her.

Petitioner prays that this Honorable Court will look favorably upon
her motion and grant her request keeping in mind the Blakely -v- Washington
Law.

                        Respectfully, Submitted


                    Anita Ordonez #18189-179
                    Federal Correctional Institution
                    FCI Danbury
                    33 1/2 Pembroke Station
                    Rt 37
                    Danbury, Connecticut  06811-3099


                        [2]

AO 243 (Rev. 5/85)

(b)     Conviction obtained by use of coerced confession.

(c)     Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d)     Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e)     Conviction obtained by a violation of the privilege against self-incrimination.

(f)     Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)     Conviction obtained by a violation of the protection against double jeopardy.

(h)     Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i)     Denial of effective assistance of counsel.

(j)     Denial of right of appeal.

A.     Ground one: _____

Supporting FACT (state briefly without citing cases or law) _____
_____
_____
_____

B.     Ground two: _____

Supporting FACT (state briefly without citing cases or law) _____
_____
_____
_____

C.     Ground three: _____

Supporting FACT (state briefly without citing cases or law) _____
_____
_____
_____

## CERTIFICATE OF SERVICE

I, _____, certify under the penalty of perjury
pursuant to **28 U.S.C. 1746**, that a true and correct copy of the foregoing has been
placed in the Federal Correctional Institution mailbox in Danbury, Connecticut
on this _____ day of _____, 2004 in accordance with the prison
mailbox rule **Houston v. Lack,** 487 U.S. 266 (1988), this above styled motion is
deemed filed upon placement in the prison mail room and mailed to the following:


Judge Anderew Hanen
United States District Judge
Southern Distrct of Texas
600 East Harrison St. #101
Brownsville, TX 78520-7114

So Served,


18189-179
FCI Danbury
33½ Pembroke Station
RT. 37
Danbury, Connecticut
                06811-3099