UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANITA ORDONEZ,<br>Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-04-149 |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§<br>§ | |

## ORDER

Petitioner, Anita Ordonez, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed *in Forma Pauperis*. The United States Government is hereby ordered to file a response by October 28, 2004.

DONE at Brownsville, Texas, this 13th day of September, 2004.

John Wm. Black
United States Magistrate Judge