IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Respondent-Plaintiff | §<br>§<br>§ | |
| vs. | § | CA B-04-149 |
| | § | |
| ADELINA ANITA ORDONEZ,<br>    Petitioner-Defendant<br>    ( CR B-02-563) | §<br>§<br>§<br>§ | |

## ORDER

The Court, having considered Ordonez's motion to vacate sentence and the Government's response, concludes that dismissal of the cause is warranted.

Ordonez has failed to overcome the jurisdictional burden of demonstrating cause for failure to pursue her claim on direct appeal. Ordonez fails to demonstrate any prejudice as a result of the complained of deficiencies or her actual innocence. Ordonez fails to show her attorney's performance was deficient or that he suffered any prejudice therefrom. Even if the merits were reached, the record refutes the substance of each of her claims.

Therefore, Ordonez's motion should be DISMISSED in its entirety.

DONE on this the _____ day of _____, 2004 at Brownsville, Texas.

JOHN W. BLACK
UNITED STATES MAGISTRATE JUDGE