

B-04-CV-149

# AFFIDAVIT OF JOHN T. BLAYLOCK

My name is John T. Blaylock. I am a licensed attorney in the State of Texas, and licensed to practice in Federal Court, the Southern District of Texas.

I was attorney of record for Adelina Anita Ordonez for both of her Federal Charges: 1. Conspiracy to Possess With the Intent to Distribute approximately 74.5 Kilograms of Marihuana; and latter, 2. Failure to Appear. On several occasions I met with Ms. Ordonez, or discussed via telephone, and explained the application of the guidelines as well as her PreSentence Investigation Reports.

I specifically discussed and explained the second Presentence Investigation Report in detail, going line by line, on several occasions. The first when I traveled to Raymondville to meet with her at the detention facility, see below example. I met with Ms. Ordonez at the detention facility in Raymondville a second time in early February, however, I did not Fax over an advance sheet on that occasion. I discussed and explained the Presentence Investigation Report again when I met with her at the Courthouse on the day of sentencing, February 20, 2004. I delivered to Ms. Ordonez a copy of the PreSentence Investigation Report while she was at the Raymondville detention facility.

I specifically discussed and explained to Ms. Ordonez the application of the Guidelines and Sentencing Table to her cases on several occasions; basically every single time I met with her or talked to her via the telephone. Below are examples of conversations that I have had with Ms. Ordonez. This is not an exclusive list.

On March 19, 2003, I met with Ms. Ordonez in my office and discussed in detail with her the PreSentence Investigation Report and the application of the Sentencing Table.

On March 24, 2003, my office sent to Ms. Ordonez copies of the following; signed plea agreement, signed plea packet memo, and the signed affidavit with a sentencing chart. (See Attached Exhibit A)

On April 28, 2003, my office sent to Ms. Ordonez copies of the Pre-Sentence Investigation Report along with copies of the Objections to the Pre-Sentence Investigation Report. (See Attached Exhibit B)

On November 13, 2003, I went to visit Ms. Ordonez and explained in detail to Ms. Ordonez the charges against her and explained the application of the Sentencing Guidelines and Sentencing Table. (See Attached Exhibit C)

On January 9, 2004, I went to visit Ms. Ordonez and explained to her in detail the second PreSentence Investigation Report and the application of the guidelines and sentencing table. I believe this is the date that I delivered to her a copy of the PreSentence Investigation Report. (See Attached Exhibit D and Exhibit E)

_____
John T. Blaylock

SWORN AND SUBSCRIBED BEFORE ME, the undersigned authority, on this 21st day of October, 2004.

_____
Notary Public for the State of Texas

[Notary Seal: DENNISE JOANN NUNEZ, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 08-20-2006]

# Law Office Of
# John T. Blaylock

2355 Barnard, Suite C, Brownsville, TX 78520
Phone: (956) 554-3733 - Fax: (956) 544-7766
Mobile: (956) 454-4533
EMAIL: Blaylockjon@yahoo.com

March 24, 2003

Ms. Adelina Anita Ordonez
P.O. Box 2644
Aurora, IL 60507

      RE: Case No. B-02-563
           UNITED STATES OF AMERICA VS ADELINA ANITA ORDONEZ

Dear Ms. Ordonez:

    Enclosed please find copies of the documents you have requested in reference to your case. As mentioned to you by Mr. Blaylock we are enclosing a copy of the Signed Plea Agreement, the Signed Plea Packet Memo, and the Signed Affidavit with highlighted areas explaining the sentencing guidelines, along with a Sentencing Chart.

    Should you have any questions or concerns, please feel free to contact our office.

Very truly yours,

*[signature]*

Dennise J. Nunez
Assistant to Mr. John T. Blaylock
djn

Enclosures:

**COPY**
Mailed 3/24/03

EXHIBIT A

# Law Office Of
# John T. Blaylock

2355 Barnard, Suite C, Brownsville, TX 78520
Phone: (956) 554-3733 - Fax: (956) 544-7766
Mobile: (956) 454-4533
EMAIL: Blaylockjon@yahoo.com

April 28, 2003

Ms. Adelina Anita Ordonez
P.O. Box 2644
Aurora, IL 60507

      RE: Case No. B-02-563
          UNITED STATES OF AMERICA VS ADELINA ANITA ORDONEZ

Dear Ms. Ordonez:

    Enclosed please find a copy of the PRE-SENTENCE INVESTIGATION REPORT along with a copy of the DEFENDANT'S FIRST AMENDED OBJECTIONS TO THE PRE-SENTECE INVESTIGATION REPORT in reference to your case.

    Should you have any questions or concerns, please feel free to contact our office.

Very truly yours,

*Dennise J. Nuñez*
Dennise J. Nuñez
Legal Assistant to
Mr. John T. Blaylock
djn

COPY
mailed 4/28/03

Enclosures: as mentioned



EXHIBIT B

# Law Office Of
# John T. Blaylock

2355 Barnard, Suite C, Brownsville, TX 78520
Phone: (956) 554-3733 Fax: (956)544-7766
EMAIL: Blaylockjon@yahoo.com

November 13, 2003

Faxed To: (956)689-5075

Willacy County Regional Detention Facility
ATTN: Warden Fernando De La Rosa
1601 Buffalo Drive
Raymondville, Texas 78580

    RE: Adelina Anita Ordonez
        Federal Inmate; Case No.: B-02-563

Dear Mr. De La Rosa:

    Please be advised that this office represents the above mentioned individual being detained in your facility. I am respectfully requesting an Attorney - Client visit on November 13, 2003 between the hours of 5:30 p.m. and 6:00 p.m.. Thank you for your time and attention in this matter.

    Should you have any questions, please do not hesitate to contact our office.

Sincerely,

*John T. Blaylock*

John T. Blaylock
JTB/djn

EXHIBIT C

**FAX CONFIRMATION**

DATE : NOV-13-2003  THU 10:12 AM
NAME :
TEL. :

```
PHONE         : 6895075
PAGES         : 1/1
START TIME    : 11-13 10:11AM
ELAPSED TIME  : 00'19"
MODE          : ECM BLACK
RESULTS       : OK
```

EXHIBIT
C

Law Office Of
# John T. Blaylock
2355 Barnard, Suite C, Brownsville, TX 78520
Phone: (956) 554-3733 Fax: (956)544-7766
EMAIL: Blaylockjon@yahoo.com

January 8, 2004

Faxed To: (956)689-5075

Willacy County Regional Detention Facility
ATTN: Warden Fernando De La Rosa
1601 Buffalo Drive
Raymondville, Texas 78580

  RE: Juan Carlos Restrepo-Orozco & Adelina Anita Ordonez

Dear Mr. De La Rosa:

  Please be advised that this office represents the above mentioned individuals being detained in your facility. I am respectfully requesting an Attorney - Client visit on January 9, 2004 @ 3:30 p.m. I would also request that David Martinez be allowed to accompany me during said visit to act as my interpreter.

  Should you have any questions, please do not hesitate to contact our office.

Sincerely,

*John T. Blaylock*

John T. Blaylock
JTB/djn

EXHIBIT D

**FAX CONFIRMATION**

▓▓▓ : ▓▓▓-▓-2004 ▓▓▓ 00:36 ▓▓
▓▓▓ :
▓▓ :

| | | |
|---|---|---|
| ▓▓▓▓ | : | ▓▓▓▓▓▓ |
| PAGES | : | 1/1 |
| START TIME | : | ▓▓-▓▓-04:▓▓▓▓ |
| ELAPSED TIME | : | 00'▓▓" |
| ▓▓▓▓ | : | ▓▓▓ BLACK |
| RESULTS | : | OK |

EXHIBIT
D

# Law Office Of
# John T. Blaylock

2355 Barnard, Suite C, Brownsville, TX 78520
Phone: (956) 554-3733 Fax: (956)544-7766
EMAIL:Blaylockjon@yahoo.com

## **Amended**

January 9, 2004

Faxed To: (956)689-5075

Willacy County Regional Detention Facility
ATTN: Warden Fernando De La Rosa
1601 Buffalo Drive
Raymondville, Texas 78580

    RE: Juan Carlos Restrepo-Orozco & Adelina Anita Ordonez

Dear Mr. De La Rosa:

    Please be advised that this office represents the above mentioned individuals being detained in your facility. I am respectfully requesting an Attorney - Client visit on January 9, 2004 @ 4:00 p.m. I would also request that Danny Cavazos be allowed to accompany me during said visit to act as my interpreter.

    Should you have any questions, please do not hesitate to contact our office.

Sincerely,

*John T. Blaylock*

John T. Blaylock
JTB/djn

EXHIBIT E

```
████ : ███-█-████  ███  █████ ██
████ :
██ :
```

```
█████          :  ██████
█████          :  1/1
█████ ████     :  ██-██ █████
██████ ████    :  ██'██"
████           :  ███ █████
██████         :  OK
```

EXHIBIT
E