| | |
|---|---|
| SENDER: | |
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>Draper   MAR 1 6 |
| 1. Article Addressed to:<br>Adelina Anita Ordonez<br>18189-179<br>FCI Danbury<br>33 1/2 Pembroke Station<br>Rt 37<br>Danbury CT 06811-3099<br>B-04-149 Report & Recommend. | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1010 0003 6967 5888 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-01-M-0 |